UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MAYUMI IIJIMA, proposed Administrator of the
Estate of RYO OYAMADA, deceased,

Plaintiff,

**CV 13 2688**

**COMPLAINT**

-against-

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **MAY 03 2013** ★

LONG ISLAND OFFICE

THE CITY OF NEW YORK,
THE NEW YORK CITY POLICE DEPARTMENT and
DARREN ILARDI,

Defendants.

**PLAINTIFF DEMANDS
TRIAL BY JURY**

**ROSS, J.**

**POLLAK, M.**

**SUMMONS ISSUED**

------------------------------------------------------------------X

The plaintiff, complaining of the defendants, by attorney JEFFREY KIM, ESQ.,
respectfully alleges as follows:

1.     At all times hereinafter mentioned, MAYUMI IIJIMA is the proposed
Administrator of the Estate of decedent plaintiff RYO OYAMADA, having submitted
documents to New York State Supreme Court, Queens County petitioning said Court for Letter
of Limited Administration of the estate of said deceased on or about April 15, 2013.

2.     At all times hereinafter mentioned, plaintiff, RYO OYAMADA, was a citizen and
subject of Japan.

3.     At all times hereinafter mentioned, defendant, THE CITY OF NEW YORK, was
and still is a city within the State of New York.

4.     At all times hereinafter mentioned, defendant, THE NEW YORK CITY POLICE
DEPARTMENT, was and still is an agency of defendant, THE CITY OF NEW YORK.

5.     At all times hereinafter mentioned, defendant, DARREN ILARDI, was and still
is an employee of defendants, THE CITY OF NEW YORK and THE NEW YORK CITY
POLICE DEPARTMENT.

6.     The jurisdiction of this court is invoked pursuant to diversity of citizenship, 28 U.S.C. § 1332. Plaintiff, RYO OYAMADA, was a citizen and subject of Japan.

7.     That on February 21, 2013, and at all times herein mentioned, Defendant, NEW YORK CITY, was, and still is, a municipal corporation.

8.     That prior hereto on April 2, 2013, and within the time prescribed by law, a sworn Notice of Claim stating, among other things, the time when and place where the injuries and damages were sustained, together with Plaintiff's demands for adjustment thereof was duly served on the claimant's behalf on the Comptroller of the City of New York and that thereafter said Comptroller for the City of New York refused or neglected for more than thirty (30) days and up to the commencement of this action to make any adjustment or payment thereof, and that thereafter, and within the time provided by law, this action was commenced.

9.     That Defendant waived General Municipal Law 50(h) hearing.

10.     That this action is being commenced within one year and ninety days after accrual of this cause of action, or within the time allowed by law.

11.     At all times hereinafter mentioned, defendants, THE CITYOF NEW YORK and THE NEW YORK CITY POLICE DEPARTMENT, were the owners of a certain motor vehicle bearing New York State Plate Number 905710 for the year 2013.

12.     At all times hereinafter mentioned, defendant, DARREN ILARDI, operated the aforesaid motor vehicle with the permission and consent of the owners thereof and in the course of his employment.

13.     At all times hereinafter mentioned, plaintiff, RYO OYAMADA, was a lawful pedestrian.

14.     That on the 21st day of February, 2013, on a public highway in the State of New

York called 40th Avenue at or near 10th Street, Queens County, New York, defendant, DAREN ILARDI, negligently operated the herein described motor vehicle.

15.     That on the aforesaid date and place, defendant, DAREN ILARDI, recklessly operated the herein described motor vehicle.

16.     That on the aforesaid date and place, defendant, DAREN ILARDI, operated the herein described motor vehicle in a gross negligent manner.

17.     That on the aforesaid date and place, defendant, DAREN ILARDI, operated the herein described motor vehicle with reckless disregard for the safety of public and pedestrians.

18.     That on the aforesaid date and place, there was violent physical contact between the vehicle operated by defendant, DARREN ILARDI, and plaintiff, RYO OYAMADA.

19.     That as a result of the foregoing, plaintiff, RYO OYAMADA, sustained serious personal injuries and died.

20.     That solely as a result of the foregoing, plaintiff, RYO OYAMADA, was caused to be injured, suffered pain and eventually died.

21.     That solely as a result of the foregoing, plaintiff, RYO OYAMADA, and Estate of RYO OYAMADA has been damaged in the sum of EIGHT MILLION ($8,000,000.00) DOLLARS.

22.     That plaintiff demands trial by jury.

WHEREFORE, MAYUMI IIJIMA, proposed Administrator of the Estate of RYO OYAMADA, demand judgment against the defendants in the sum of EIGHT MILLION ($8,000,000.00) DOLLARS, all together with the costs and disbursements of this action.

Dated: Bayside, New York
        May 3, 2013

                                        Yours, etc.

Jeffrey Kim, Esq.
JEFFREY KIM, P.C.
Attorney for Plaintiff(s)
42-40 Bell Boulevard
Suite 304
Bayside, New York 11361
(718) 428-4949